NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 932

IN RE APPLE INC., SIRIUS XM RADIO INC.,
COBY ELECTRONICS CORP., and ARCHOS, INC.,

Petitioners.

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 09-CV-0111, Judge Ron Clark.

ON PETITION FOR WRIT OF MANDAMUS

O R D E R

Apple Inc. et al. (Apple) submit a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to vacate its February 11, 2010 order denying Apple's motion to transfer venue, and to direct the Texas district court to transfer the case to the United States District Court for the District of Massachusetts.

Upon consideration thereof,

IT IS ORDERED THAT:

Personal Audio, LLC is directed to respond no later than March 31, 2010.

FOR THE COURT

MAR 16 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Garland T. Stephens, Esq.
David A. Jakopin, Esq.
Joseph A. Calvaruso, Esq.
Jonathan S. Caplan, Esq.
Cyrus A. Morton, Esq.
Clerk, United States District Court for the Eastern District of Texas

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 16 2010

JAN HORBALY
CLERK